# REPLY EXHIBIT A - Summary of Plaintiffs' Employment

| Plaintiff | Start Date | End Date | Total Work Weeks | FLSA Weeks 9/2/2006 | Adjusted FLSA Weeks | NYLL Weeks 9/2/2003 | Adjusted NYLL Weeks | Hours per week | Days per week | Weeks per year | Average Wage Per Week |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rene Alejandro Cabrera | 4/1/2007 | 10/27/2010 | 186.4 | 186.4 | 143.41 | 0.0 | 0.0 | 60 | 6 | 40 | $606.00 |
| Jaime Rivas | 9/6/2003 | 12/1/2010 | 377.6 | 221.6 | 170.44 | 156.0 | 120.0 | 60 | 6 | 40 | $660.00 |
| Genrrin Medina | 3/1/2005 | 3/1/2006 | 52.1 | 0.0 | 0.00 | 52.1 | 47.1 | 60 | 6 | 47 | $630.00 |
| Adonis Lobo | 4/1/2007 | 8/1/2009 | 121.9 | 121.9 | 112.48 | 0.0 | 0.0 | 60 | 6 | 48 | $750.00 |
| Osmin Lobo | 1/1/2005 | 1/1/2006 | 52.1 | 0.0 | 0.00 | 52.1 | 47.1 | 60 | 6 | 47 | $540.00 |
| Tony Lobo | 3/1/2006 | 9/15/2007 | 80.4 | 54.0 | 48.81 | 26.4 | 23.9 | 60 | 6 | 47 | $510.00 |
| Juan Zelaya | 6/1/2005 | 3/1/2009 | 195.6 | 130.1 | 117.63 | 65.4 | 59.1 | 60 | 6 | 47 | $540.00 |
| Nelson Ruiz | 9/2/2003 | 3/1/2005 | 78.0 | 0.0 | 0.00 | 78.0 | 60.0 | 60 | 6 | 40 | $540.00 |
| Nilson Caballero | 9/20/2003 | 8/8/2009 | 307.0 | 153.0 | 129.46 | 154.0 | 130.3 | 60 | 6 | 44 | $630.00 |
| Noslin Caballero | 9/2/2003 | 10/1/2010 | 369.4 | 212.9 | 176.02 | 156.6 | 129.5 | 60 | 6 | 44 | $675.00 |
| Jose Ruiz | 9/2/2003 | 8/8/2009 | 309.6 | 153.0 | 123.58 | 156.6 | 126.5 | 60 | 6 | 42 | $750.00 |
| Hugo Rivas | 9/2/2003 | 3/1/2010 | 338.9 | 182.3 | 112.18 | 156.6 | 96.4 | 60 | 6 | 32 | $660.00 |
| Milton Lobo | 9/2/2003 | 6/1/2004 | 39.0 | 0.0 | 0.00 | 39.0 | 24.0 | 60 | 6 | 32 | $480.00 |
| Ernesto Galeano | 3/1/2005 | 8/15/2009 | 232.6 | 154.0 | 118.46 | 78.6 | 60.4 | 60 | 6 | 40 | $620.00 |
| Peter Vitucci | 9/1/2005 | 4/1/2010 | 239.0 | 186.7 | 165.17 | 52.3 | 46.3 | 50 | 5 | 46 | $400.00 |
| Jesus Acosta Artica | 8/1/2005 | 6/1/2009 | 200.0 | 143.3 | 118.49 | 56.7 | 46.9 | 60 | 6 | 43 | $540.00 |
| Elyn Trochez | 6/1/2005 | 11/1/2009 | 230.6 | 165.1 | 136.56 | 65.4 | 54.1 | 60 | 6 | 43 | $540.00 |

**REPLY EXHIBIT A - Summary of Plaintiffs' Employment**

| Name | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Renaldo Medina | 11/1/2006 | 11/1/2008 | 104.4 | 104.4 | 84.35 | 0.0 | 0.0 | 60 | 6 | 42 | $600.00 |
| Ector Ruiz | 9/2/2003 | 12/1/2005 | 117.3 | 0.0 | 0.00 | 117.3 | 85.7 | 60 | 6 | 38 | $480.00 |
| Genaro Ruiz | 9/2/2003 | 9/1/2007 | 208.6 | 52.0 | 46.00 | 156.6 | 138.5 | 60 | 6 | 46 | $600.00 |
| Marco Ruiz | 3/1/2006 | 9/1/2009 | 182.9 | 156.4 | 135.37 | 26.4 | 22.9 | 60 | 6 | 45 | $480.00 |
| Angel Ruiz | 6/1/2009 | 9/1/2009 | 13.1 | 13.1 | 12.00 | 0.0 | 0.0 | 60 | 6 | 12 | $750.00 |