IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS ACOSTA ARTICA, JUAN ZELAYA, NILSON CABALLERO, JOSE RUIZ, ADONIS LOBO and ERNESTO GALEANO, Individually and on Behalf of all other Employees Similarly Situated,<br><br>       Plaintiff,<br><br>-against-<br><br>J.B. CUSTOM MASONRY & CONCRETE, INC., J.B. BATTAGLIA, J.B. CONTRACTING, ALFREDO J. BATTAGLIA, JOHN BATTAGLIA and SALVATORE MANNINO, Jointly and Severally,<br><br>       Defendants. | ECF Case<br><br>09-CV-3796 (RER) |
| JESUS ACOSTA ARTICA, JUAN ZELAYA, NILSON CABALLERO, JOSE RUIZ, ADONIS LOBO, ERNESTO GALEANO, HUGO RIVAS and JAIME RIVAS, Individually and on Behalf of all other Employees Similarly Situated,<br><br>       Plaintiff,<br><br>-against-<br><br>J.B. CUSTOM MASONRY & CONCRETE, INC., J.B. CUSTOM CORP., J.B. HOLDING & PROPERTY CORP., J.B. RESIDENTIAL, LLC, ALFREDO J. BATTAGLIA, JOHN BATTAGLIA, JOSEPHINE BATTAGLIA and SALVATORE MANNINO, Jointly and Severally,<br><br>       Defendants. | 11-CV-0842 (RER) |

**DECLARATION OF BRENT E. PELTON, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO SET ASIDE DEFENDANTS' FRAUDULENT CONVEYANCES**

Brent E. Pelton, Esq., being duly sworn, deposes and says:

  1.  I am the principle of the law firm of Pelton & Associates PC, attorneys for the plaintiffs in this action.  This declaration is based on my own personal knowledge.  I make this

1

declaration in connection with Plaintiffs' Motion for Fraudulent Conveyances, filed contemporaneously herewith.

2. Attached hereto as **Exhibit 1** is a copy of the Judgment in the underlying actions, filed by the Clerk of Court on July 20, 2012.

3. Attached hereto as **Exhibit 2** are true and correct copies of referenced pages from the transcript of the deposition of Defendant Alfredo Battaglia, taken September 13, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of January, 2013.

_____
Brent E. Pelton, Esq.